920

No. 668, Misc. PETERSON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States.

No. 669, Misc. STEINLAUF *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 671, Misc. ROCKERFELLER *v.* ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 680, Misc. CHASE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Tom Karas* for petitioner. *Solicitor General Griswold* for the United States.

No. 689, Misc. ADAMS *v.* MINNESOTA. C. A. 8th Cir. Certiorari denied.

No. 690, Misc. SANFORD ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *John C. Emery, Jr.,* for petitioners. *Solicitor General Griswold* for the United States.

No. 691, Misc. WINTERS *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied. *Moses M. Falk* for petitioner. *Solicitor General Griswold* for the United States.

No. 694, Misc. MINK *v.* BUCHKOE, WARDEN. Sup. Ct. Mich. Certiorari denied.

No. 695, Misc. MARTIN *v.* UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold* for the United States et al.